**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KAITLYN KILLGO, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | )   Case No.: 4:25-cv-01407 |
| THE WASHINGTON UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Maureen Hanlon, of ArchCity Defenders, Inc., hereby enters her appearance as co-counsel for Plaintiff in the above-captioned matter.

Date:  September 18, 2025

Respectfully Submitted,

**ARCHCITY DEFENDERS, INC.**

*/s/ Maureen Hanlon*
Maureen Hanlon, #70990MO
440 N. 4th St., Ste. 390
St. Louis, MO 63102
314-361-8834, ext. 1008
Mhanlon@archcitydefenders.org

*Attorney for Plaintiff*