**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KAITLYN KILLGO,

Plaintiff,

v.

THE WASHINGTON UNIVERSITY, *et al.*

Defendants.

Case No. 4:25-CV-01407-SRW

**MOTION TO DISMISS PARTY TORRE KUELKER**

Eureka Police Officer Torre Kuelker, by the undersigned counsel, states for his motion to dismiss pursuant to Rule 12(b)(6):

1. Eureka Police Officer Torre Kuelker is a defendant in counts I and VII,[1] claiming unlawful seizure under the fourth and fourteenth amendment, and civil conspiracy under § 1983, respectively.
2. Neither count states a claim upon which relief may be granted against Torre Kuelker because, on the well-pleaded facts alleged in the Complaint, Officer Torre Kuelker had objective probable cause to arrest Plaintiff Kaityn Killgo.
3. Additionally, neither count states a claim upon which relief may be granted because the claims are barred by the doctrine of qualified immunity in that Plaintiff suffered no constitutional violation at the hands of Kuelker, who had probable cause for her arrest; even had she suffered a violation, under the circumstances alleged, Kuelker had at least arguable probable cause and no law was clearly established that the arrest was unlawful.

---

[1] Kuelker is named in his individual capacity only. ECF 1 ¶ 3.

4. Plaintiff's conspiracy count additionally fails against Kuelker because there are no allegations, much less the requisite particular allegations, that he was a member of any conspiracy having formed any meeting of the minds to violate any rights of the Plaintiff; further, the alleged conspiracy expired even before Kuelker arrived on scene.
5. Plaintiff's claims also fail because they rely not on factual allegations, but conclusions entitled to no deference.
6. Defendant incorporates herein by reference the supporting memorandum of law filed contemporaneously herewith.

WHEREFORE, Defendant Torre Kuelker prays for an order of his dismissal with prejudice, for his fees and costs, and for all such other and further relief deemed just and proper.

Respectfully submitted,

HELLMICH, HILL & RETTER, LLC

*/s/ Blake D. Hill*

Blake D. Hill #58926MO
1049 North Clay Avenue
Kirkwood, MO 63122
314-646-1110 – Phone
blake@hellmichhillretter.com
*Attorneys for Defendant Torre Kuelker*

**CERTICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed via the court's electronic filing system, this 2nd day of December, 2025 to all counsel of record.

/s/ *Blake D. Hill*